# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 175 MM 2020

Respondent    :

v.    :

MARK E. STEELE,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are DENIED.